[No. 68615-1-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CARL
HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-02765-8, Harry J. McCarthy, J., entered
April 13, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by
Becker and Cox, JJ.

[No. 68629-1-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED J.
KIEFER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-00110-6, Ira Uhrig, J., entered April 5,
2012. *Reversed* by unpublished opinion per Spearman, J.,
concurred in by Leach, C.J., and Lau, J.

[No. 68634-8-I.   Division One.   August 5, 2013.]

TERRIE LEWARK, *as Assignee*, *Appellant*, v. DAVIS DOOR
SERVICES, INC., *Defendant*, AMERICAN STATES INSURANCE
COMPANY, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated February 10, 2014. Substitute opinion filed. Now published at 180 Wn. App. 239.

[No. 68832-4-I.   Division One.   August 5, 2013.]

UMPQUA BANK, *Respondent*, v. RYAN SANTWIRE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-2-08957-4, Carlos Velategui, J. Pro Tem.,
entered May 17, 2012. *Affirmed* by unpublished opinion per
Verellen, J., concurred in by Appelwick and Dwyer, JJ.